```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 23667
   ROBIN L ATKINS
   JEANETTE ATKINS                           CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-7976    SSN XXX-XX-2959


-----------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 06/15/2005 and was confirmed 08/11/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/12/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI   SECURED          21375.00      3056.95        5763.32
DAIMLER CHRYSLER FINANCI   UNSECURED         9338.64          .00            .00
NISSAN MOTOR ACCEPTANCE    SECURED          10390.00      1103.73        2975.48
NISSAN MOTOR ACCEPTANCE    UNSECURED         5147.64          .00            .00
CAPITAL ONE                UNSECURED         1216.48          .00            .00
CAPITAL ONE                UNSECURED         2698.92          .00            .00
CAPITAL ONE                UNSECURED          374.50          .00            .00
CAPITAL ONE                UNSECURED          527.35          .00            .00
CAPITAL ONE                UNSECURED          491.99          .00            .00
CARSON PIRIE SCOTT         UNSECURED        NOT FILED        .00            .00
CENTER FOR FAMILY & GERI   UNSECURED        NOT FILED        .00            .00
CHRYSLER FINANCIAL         UNSECURED        NOT FILED        .00            .00
B-LINE LLC                 UNSECURED          368.65          .00            .00
PREMIER BANCARD CHARTER    UNSECURED        NOT FILED        .00            .00
HOUSEHOLD BANK             UNSECURED        NOT FILED        .00            .00
HOUSEHOLD BANK             UNSECURED        NOT FILED        .00            .00
HOUSEHOLD BANK             UNSECURED        NOT FILED        .00            .00
LORD & TAYLOR              UNSECURED         1250.86          .00            .00
NATIONWIDE ACCEPTANCE~     UNSECURED        NOT FILED        .00            .00
NATIONWIDE ACCEPTANCE~     UNSECURED         1490.14          .00            .00
ORCHARD BANK               UNSECURED        NOT FILED        .00            .00
ORCHARD BANK               UNSECURED        NOT FILED        .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         2971.22          .00            .00
QUEST DIAGNOSTICS INC      UNSECURED        NOT FILED        .00            .00
STATE OF ILLINOIS UNEMPL   UNSECURED        NOT FILED        .00            .00
MARSHALL FIELDS            UNSECURED          955.54          .00            .00
MARSHALL FIELDS            UNSECURED          406.43          .00            .00
LEGAL HELPERS PC           DEBTOR ATTY      2,000.00                     2,000.00
TOM VAUGHN                 TRUSTEE                                         775.52
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 23667 ROBIN L ATKINS & JEANETTE ATKINS
```

```
-------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  15,675.00

PRIORITY                                              .00
SECURED                                          8,738.80
    INTEREST                                     4,160.68
UNSECURED                                             .00
ADMINISTRATIVE                                   2,000.00
TRUSTEE COMPENSATION                               775.52
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                   15,675.00              15,675.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 10/23/07         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                            PAGE   2
       CASE NO. 05 B 23667 ROBIN L ATKINS & JEANETTE ATKINS